**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                          **NO. 4:13CR00184-KGB-1**

**THOMAS CASEY PITTMAN**                                      **DEFENDANT**

**ORDER OF RELEASE**

On April 3, 2015, Defendant Thomas Casey Pittman appeared before the Court with counsel after his arrest. After considering testimony presented by the parties and argument of counsel, the Court released Mr. Pittman pending his hearing on the Government's motion to modify conditions of his supervised release. The hearing before Judge Kristine G. Baker is scheduled for April 8, 2015, at 2:00 p.m.

DATED this 7th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE