## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                            Case No. 4:13-cr-00184 KGB

THOMAS CASEY PITTMAN                                                                    DEFENDANT

### ORDER

Defendant Thomas Casey Pittman was committed to the custody of the Attorney General for a mental evaluation on October 28, 2015. The Court received the written forensic evaluations of defendant on December 14, 2015, and filed the evaluation report under seal (Dkt. No. 70).

Any response to the forensic evaluations must be filed within fourteen (14) days from the date the forensic examination report is received by the Court and the parties. Any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and citation to supporting authorities. If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.

In the event counsel for the government or defendant disputes the findings in the forensic evaluation report, a motion for hearing or motion in opposition to the report, including a concise statement of opposition to the report and citation to supporting authorities, must be filed by December 28, 2015. If no motions are filed, the Court will enter an Order based on the conclusions set forth in the report.

It is so ordered this 15th day of December, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge